```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL MCGLONE, HUBERT BROOKS,          :
ANTHONY BUFFALINO, ROCCO CEPARANO,       :
JESSE DIMIRCO, DOMENIC FANELLI, SAL      :
FISHETTI, JOSEPH FRANGIOSA, JOSEPH       :
FRISCHE, ROBERT GANDOLFO, JESSE KAY,     :
THOMAS MURPHY, BRIAN NICHOLAS, ARIEL     :
PENICHE, ROBERT SCHANTZ, RAFAEL SOTO,    :
and SCOTT VAALER,                        :
                                         :      11-cv-3004 (JSR)
          Plaintiffs,                    :
                                         :         JUDGMENT
          -v-                            :
                                         :
CONTRACT CALLERS INC. and WILLIAM        :
"TIM" WERTZ,                             :
                                         :
          Defendants.                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The jury having rendered a verdict (attached hereto) finding for plaintiffs, and the Court having received substantial submissions from the parties as to how the verdict translates into individual monetary judgments, the Court hereby enters final judgment, holding that remaining defendants, Contract Callers Inc. and William "Tim" Wertz, are jointly and severally liable to the remaining plaintiffs in the following amounts:

| | |
|---|---|
| Michael McGlone: | $32,113.86 |
| Hubert Brooks: | $3,245.68 |
| Anthony Buffalino: | $53,393.46 |
| Rocco Ceparano: | $61,826.39 |
| Jesse DiMirco: | $34,405.70 |
| Domenic Fanelli: | $61,767.33 |

1

| | |
|---|---|
| Sal Fishetti: | $72,813.96 |
| Joseph Frangiosa: | $70,651.96 |
| Joseph Frische: | $70,224.81 |
| Robert Gandolfo: | $60,445.50 |
| Jesse Kay: | $34,947.62 |
| Thomas Murphy: | $43,383.57 |
| Brian Nicholas: | $6,526.19 |
| Ariel Peniche: | $13,844.51 |
| Robert Schantz: | $70,440.05 |
| Rafael Soto: | $16,951.14 |
| Scott Vaaler: | $54,232.49 |

For purposes of any appeal, a subsequent memorandum setting forth the Court's specific resolutions of the parties' disputes as to how the damages calculations should be made will issue in due course.

SO ORDERED.

Dated: New York, NY
June 12, 2015

JED S. RAKOFF, U.S.D.J.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL MCGLONE, HUBERT BROOKS,  :
ANTHONY BUFFALINO, ROCCO CEPARANO, :
JESSE DIMIRCO, DOMENIC FANELLI, SAL :
FISHETTI, JOSEPH FRANGIOSA, JOSEPH :
FRISCHE, ROBERT GANDOLFO, JESSE KAY, :
THOMAS MURPHY, BRIAN NICHOLAS, ARIEL :
PENICHE, ROBERT SCHANTZ, RAFAEL SOTO, :
and SCOTT VAALER,                :
                                 :
    Plaintiffs,               :   11-cv-3004 (JSR)
                                 :
                                 :   JURY'S VERDICT
    -v-                       :
                                 :
CONTRACT CALLERS INC. and WILLIAM :
"TIM" WERTZ,                     :
                                 :
    Defendants.               :
------------------------------------------------------------------x

## I. LIABILITY & DAMAGES

### Plaintiffs' Claims

Michael McGlone:   With respect to Michael McGlone's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

        Liable __X__          Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Michael McGlone worked on average the following number of unpaid hours each day:

        __1.08__ hours

1

Hubert Brooks: With respect to Hubert Brooks's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__    Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Hubert Brooks worked on average the following number of unpaid hours each day:

__1.08__ hours

Anthony Buffalino: With respect to Anthony Buffalino's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__    Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Anthony Buffalino worked on average the following number of unpaid hours each day:

__1.08__ hours

Rocco Ceparano: With respect to Rocco Ceparano's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__    Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Rocco Ceparano worked on average the following number of unpaid hours each day:

__1.08__ hours

Jesse DiMirco: With respect to Jesse DiMirco's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __×__      Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Jesse DiMirco worked on average the following number of unpaid hours each day:

__1.08__ hours

Domenic Fanelli: With respect to Domenic Fanelli's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__      Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Domenic Fanelli worked on average the following number of unpaid hours each day:

__1.08__ hours

Sal Fishetti: With respect to Sal Fishetti's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__      Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Sal Fishetti worked on average the following number of unpaid hours each day:

__1.08__ hours

3

Joseph Frangiosa: With respect to Joseph Frangiosa's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__   Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Joseph Frangiosa worked on average the following number of unpaid hours each day:

__1.08__ hours

Joseph Frische: With respect to Joseph Frische's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__   Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Joseph Frische worked on average the following number of unpaid hours each day:

__1.08__ hours

Robert Gandolfo: With respect to Robert Gandolfo's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__   Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Robert Gandolfo worked on average the following number of unpaid hours each day:

__1.08__ hours

4

Jesse Kay: With respect to Jesse Kay's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__     Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Jesse Kay worked on average the following number of unpaid hours each day:

__1.08__ hours

Thomas Murphy: With respect to Thomas Murphy's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__     Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Thomas Murphy worked on average the following number of unpaid hours each day:

__1.08__ hours

Brian Nicholas: With respect to Brian Nicholas's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

Liable __X__     Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Brian Nicholas's worked on average the following number of unpaid hours each day:

__1.08__ hours

5

Ariel Peniche: With respect to Ariel Peniche's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

    Liable __X__        Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Ariel Peniche worked on average the following number of unpaid hours each day:

    __1.08__ hours

Robert Schantz: With respect to Robert Schantz's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

    Liable __X__        Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Robert Schantz worked on average the following number of unpaid hours each day:

    __1.08__ hours

Rafael Soto: With respect to Rafael Soto's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

    Liable __X__        Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Rafael Soto worked on average the following number of unpaid hours each day:

    __1.08__ hours

6

Scott Vaaler:   With respect to Scott Vaaler's claim that the defendant(s) failed to pay him in accordance with the amount of hours he actually worked, we the jury find the defendant(s):

   Liable __X__   Not Liable _____

[If you answered "Liable" to the preceding question, answer the next question. Otherwise, ignore the next question and proceed to the next plaintiff's claim.]

We, the jury, find that Scott Vaaler worked on average the following number of unpaid hours each day:

__1.08__ hours

## II.  INDIVIDUAL LIABILITY

### Individual Defendant William "Tim" Wertz

We, the jury, find that, in addition to CCI, defendant William "Tim" Wertz:

   Was plaintiffs' "employer" __X__   Was NOT plaintiffs' "employer" _____

## III.  WILLFULNESS

[If you answered "Liable" with respect to any of plaintiffs' claims in Section I, answer this next question. Otherwise, ignore the next question and sign the verdict form.]

We find that CCI's violation of the law was:

   Willful __X__   Not Willful _____

_____
FOREPERSON

Date: __June 3, 2015__

7